

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2021

No. 04-21-00374-CV

**IN THE INTEREST OF M.A. III**, J.E.A., F.E.A., F.A.A., R.L., Jr., and B.J.L.

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02352
Honorable Peter A. Sakai, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on December 1, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2021.

_____
Michael A. Cruz, Clerk of Court